# Exhibit 2

| US11189921 | Movandi: Smart Repeaters ("Accused Product") |
|---|---|
| 14. A system, comprising: a mobile housing including at least a pole, a tower, or a shipping container to receive a signal from one or more predetermined targets; | The accused product utilizes a system, that comprises a mobile housing (e.g., housing of the accused product) including at least a pole, a tower (e.g., 5G base station), or a shipping container to receive a signal (e.g., user data, control information, feedback, etc.) from one or more predetermined targets (e.g., connected UE). <br><br> As shown below, the accused product is a 5G enabled solution. In 5G NR, a 5G base station receives user data, control information, and feedback from the User Equipment (UE), enabling the UE to transmit information to the 5G network via the uplink communication link. <br><br>  |

https://movandi.com/smart-repeaters/

MOVANDI-POWERED SMART REPEATERS SOLVE 5G DEPLOYMENTS

By speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating 5G commercialization by significantly reducing capital investment and operating expenses.

https://movandi.com/smart-repeaters/

Movandi powered smart repeaters and technology solve the difficult 5G engineering and economic challenges by speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating large-scale 5G commercialization by significantly reducing capital investment and operating expenses. Read: Repeaters Cut mmWave Costs in Half White Paper.

These new next-gen flexible smart repeaters powered by Movandi's innovative core 5G technology from chipsets to phased array antennas and cloud beamforming software solves 5G mmWave deployment challenges with the industry's best performance and economics and supports mmWave frequencies owned by Verizon, AT&T and other global operators.

https://movandi.com/smart-repeaters/

Movandi's BeamXR smart repeaters are designed to accelerate 5G mmWave network deployment by improving performance and economics for global 5G operators. Smart repeaters powered by BeamXR technology address a wide range of network use cases including urban 5G densification, fixed-wireless access (FWA), wireless backhaul, signal re-direction, mesh networking to circumvent signal blockers, and management of peak loads and variable traffic.

Cost-effective, scalable, small, lightweight and easy to install, BeamXR smart repeaters provide an efficient way to extend the range and coverage of gNodeBs and small cells across 5G networks. Unlike base stations or small cells, the smart repeaters can be installed easily on streetlights, lampposts, walls and windows.

https://movandi.com/smart-repeaters/

Indoor smart repeater deployments require low-cost access points and economical installation for high-density coverage and multiband capabilities. Today's 5G small cell deployments are cost prohibitive for high-density applications and typically have "blind spots." Cost-effective, dual-band mmWave smart repeaters with integrated phased-array antennas powered by Movandi's BeamXR dual-band chipsets address these challenges for private networks and indoor applications including office buildings, schools, campuses, convention centers and sports arenas.

Movandi's BeamXR chipsets enable unmatched application and deployment flexibility with compact size, standard electrical requirements, flexible beam forming including hemispherical beams for optimal room coverage, and mesh capabilities to bend signals around obstacles and extend range and coverage.

A compact, single-box smart repeater based on BeamXR technology allows easy, economical installation and daisy chaining of up to five units using RF signals to enhance coverage flexibility and reduce deployment costs. The smart repeaters enable mmWave signals to be brought indoors from a gNodeB or small cell and then spread to enhance coverage indoors. The repeaters support dense indoor mesh networks, enabling traffic to be dynamically routed based on signal quality, bandwidth, latency and network congestion.

https://movandi.com/smart-repeaters/

Mobile coverage in automobiles, trains and other modes of transportation can be problematic as signal strength and obstruction challenges vary when vehicles are in motion. BeamXR mobile smart repeaters deployed in vehicles can automatically select the best SNR sources with cloud intelligence, dynamically routing cellular traffic to the strongest gNodeB or small cell. In-vehicle repeaters also offload power-intensive activities from mobile devices, significantly reducing smartphone power consumption.

Movandi has tailored its mobile mmWave repeaters as a complete solution and co-designed the RF chipset, DSP functions, beamforming and algorithms. Movandi partnered with Airfide Networks to create the handoff algorithm that enables effective rapid signal transfers, ensuring seamless 5G coverage while vehicles are in motion.

https://movandi.com/smart-repeaters/



**RF Chips**

Complete RF front end from antenna to processor interface

Multi beam/polarization for capacity expansion

Internally developed bulk CMOS RFIC's cost effectively scales to meet market demand

**Integrated Antenna Modules**

Simultaneous multi beam/polarization support

Fast beam switching

Modular architecture optimized for applications

Complete family supporting all 5G mmWave bands

**Algorithms and Systems**

Complete systems

Self-interference cancellation

Open source interface to be connected to ORAN or any networking system

Coverage Enhancement

**Complete Reference Platforms**

User equipment: fixed-wireless CPE, mobile hotspots, mobile handsets, and complete solutions for technology and baseband partners

Smart repeaters powered by Movandi BeamXR technology, indoor/outdoor solutions, seamless integration with gNB and operator networks

Infrastructure solutions: Open-RAN RUs, integrated small cells, licensed reference designs

https://movandi.com/technology/

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
  - The UE stores the AS context;
  - Transfer of unicast data to/from UE;
  - At lower layers, the UE may be configured with a UE specific DRX;
  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - Network controlled mobility within NR and to/from E-UTRA;
  - The UE:
    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
    - Provides channel quality and feedback information;
    - Performs neighbouring cell measurements and measurement reporting;
    - Acquires system information;
    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

### 5.3.3    RRC connection establishment

#### 5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

The 5G NR (New Radio) uplink is the communication link from the User Equipment (UE) to the 5G network, specifically to the gNodeB (gNB), which is the 5G base station. The uplink is crucial for transmitting user data, control information, and feedback from the UE to the network. Let's explore the technical details of the 5G NR uplink:

https://www.telecomtrainer.com/5g-nr-uplink/

| one or more antennas to focus on one or more predetermined targets by generating coefficients to transmit data from one or more steerable antenna beams in the location direction of the predetermined target; | The system utilized by the accused product comprises one or more antennas (e.g., antennas of gNB) to focus on one or more predetermined targets (e.g., connected UE) by generating coefficients (e.g., filter coefficients) to transmit data (e.g., data transmission) from one or more steerable antenna beams (e.g., SSB beams of beamformed antenna) in the location direction (e.g., signal direction) of the predetermined target (e.g., connected UE). As shown below, the accused product comprises a 5G base station equipped with antennas that communicate with a connected UE by generating filter coefficients for data transmission using SSB beams of a beamformed antenna. These antennas are electrically tilted to adjust the beam direction toward the UE. This electrical tilting enables beamforming, which creates and steers focused beams of RF energy. Beamforming allows precise control of signal direction, thereby enhancing signal strength and signal quality for the UE. |

https://movandi.com/smart-repeaters/

Movandi powered smart repeaters and technology solve the difficult 5G engineering and economic challenges by speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating large-scale 5G commercialization by significantly reducing capital investment and operating expenses. Read: Repeaters Cut mmWave Costs in Half White Paper.

These new next-gen flexible smart repeaters powered by Movandi's innovative core 5G technology from chipsets to phased array antennas and cloud beamforming software solves 5G mmWave deployment challenges with the industry's best performance and economics and supports mmWave frequencies owned by Verizon, AT&T and other global operators.

https://movandi.com/smart-repeaters/

Movandi's BeamXR smart repeaters are designed to accelerate 5G mmWave network deployment by improving performance and economics for global 5G operators. Smart repeaters powered by BeamXR technology address a wide range of network use cases including urban 5G densification, fixed-wireless access (FWA), wireless backhaul, signal re-direction, mesh networking to circumvent signal blockers, and management of peak loads and variable traffic.

Cost-effective, scalable, small, lightweight and easy to install, BeamXR smart repeaters provide an efficient way to extend the range and coverage of gNodeBs and small cells across 5G networks. Unlike base stations or small cells, the smart repeaters can be installed easily on streetlights, lampposts, walls and windows.

https://movandi.com/smart-repeaters/

Indoor smart repeater deployments require low-cost access points and economical installation for high-density coverage and multiband capabilities. Today's 5G small cell deployments are cost prohibitive for high-density applications and typically have "blind spots." Cost-effective, dual-band mmWave smart repeaters with integrated phased-array antennas powered by Movandi's BeamXR dual-band chipsets address these challenges for private networks and indoor applications including office buildings, schools, campuses, convention centers and sports arenas.

Movandi's BeamXR chipsets enable unmatched application and deployment flexibility with compact size, standard electrical requirements, flexible beam forming including hemispherical beams for optimal room coverage, and mesh capabilities to bend signals around obstacles and extend range and coverage.

A compact, single-box smart repeater based on BeamXR technology allows easy, economical installation and daisy chaining of up to five units using RF signals to enhance coverage flexibility and reduce deployment costs. The smart repeaters enable mmWave signals to be brought indoors from a gNodeB or small cell and then spread to enhance coverage indoors. The repeaters support dense indoor mesh networks, enabling traffic to be dynamically routed based on signal quality, bandwidth, latency and network congestion.

https://movandi.com/smart-repeaters/

Mobile coverage in automobiles, trains and other modes of transportation can be problematic as signal strength and obstruction challenges vary when vehicles are in motion. BeamXR mobile smart repeaters deployed in vehicles can automatically select the best SNR sources with cloud intelligence, dynamically routing cellular traffic to the strongest gNodeB or small cell. In-vehicle repeaters also offload power-intensive activities from mobile devices, significantly reducing smartphone power consumption.

Movandi has tailored its mobile mmWave repeaters as a complete solution and co-designed the RF chipset, DSP functions, beamforming and algorithms. Movandi partnered with Airfide Networks to create the handoff algorithm that enables effective rapid signal transfers, ensuring seamless 5G coverage while vehicles are in motion.

https://movandi.com/smart-repeaters/



**RF Chips**

Complete RF front end from antenna to processor interface

Multi beam/polarization for capacity expansion

Internally developed bulk CMOS RFIC's cost effectively scales to meet market demand

**Integrated Antenna Modules**

Simultaneous multi beam/polarization support

Fast beam switching

Modular architecture optimized for applications

Complete family supporting all 5G mmWave bands

**Algorithms and Systems**

Complete systems

Self-interference cancellation

Open source interface to be connected to ORAN or any networking system

Coverage Enhancement

**Complete Reference Platforms**

User equipment: fixed-wireless CPE, mobile hotspots, mobile handsets, and complete solutions for technology and baseband partners

Smart repeaters powered by Movandi BeamXR technology, indoor/outdoor solutions, seamless integration with gNB and operator networks

Infrastructure solutions: Open-RAN RUs, integrated small cells, licensed reference designs

https://movandi.com/technology/

**COMPLETE MMWAVE FRONT-END SOLUTION**

# MOVANDI RF INNOVATION DRIVES PERFORMANCE, ECONOMICS, AND FIXED WIRELESS ACCESS

Movandi is a pioneer, innovator and leader in millimeter wave semiconductor, system, smart repeater and software technologies with over 130 patents issued. Movandi provides a complete RF front end including PLL, up/down converting and beamforming optimized for mmWave applications.

**Key Features**

– Proven in field tests with major global service providers
– High performance, compact, low cost and energy efficient semiconductor components
– BeamXR intelligent repeater system reference designs and PAAM with adaptive beamforming
– Proprietary algorithms and BeamX Software Defined Beam Networking with cloud control with AI and ML

**Supports all 3GPP mmWave spectrum bands**
– 24/26 GHz, n258: 24.25-27.5 GHz
– 28 GHz, n257: 26.5 to 29.5 GHz
– 28 GHz, n261: 27.5 to 28.3 GHz
– 39 GHz, n260: 37 to 40GHz

https://movandi.com/products/

## 4.2     Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
  - The UE stores the AS context;
  - Transfer of unicast data to/from UE;
  - At lower layers, the UE may be configured with a UE specific DRX;
  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - Network controlled mobility within NR and to/from E-UTRA;
  - The UE:
    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
    - Provides channel quality and feedback information;
    - Performs neighbouring cell measurements and measurement reporting;
    - Acquires system information;
    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

### 4.3.39    CommonBeamformingFunction

#### 4.3.39.1    Definition

This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier.

The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point.

This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations.

The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams. There may be more than one beam per CommonBeamformingFunction for the NRSectorCarrier.

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots.

For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots.

Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario.

https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

　　NOTE:　　For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

4. **Quantity configurations:** The quantity configuration defines the measurement filtering configuration used for all event evaluation and related reporting, and for periodical reporting of that measurement. For NR measurements, the network may configure up to 2 quantity configurations with a reference in the NR measurement object to the configuration that is to be used. In each configuration, different filter coefficients can be configured for different measurement quantities, for different RS types, and for measurements per cell and per beam.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

The UE shall:

1> for each cell measurement quantity, each beam measurement quantity, each sidelink measurement quantity as needed in sub-clause 5.8.10, and for each CLI measurement quantity that the UE performs measurements according to 5.5.3.1:

2> filter the measured result, before using for evaluation of reporting criteria or for measurement reporting, by the following formula:

$$F_n = (1 - a)*F_{n-1} + a*M_n$$

where

$M_n$ is the latest received measurement result from the physical layer;

$F_n$ is the updated filtered measurement result, that is used for evaluation of reporting criteria or for measurement reporting;

$F_{n-1}$ is the old filtered measurement result, where $F_0$ is set to $M_1$ when the first measurement result from the physical layer is received; and for *MeasObjectNR*, $a = 1/2^{(k_i/4)}$, where $k_i$ is the *filterCoefficient* for the corresponding measurement quantity of the i:th *QuantityConfigNR* in *quantityConfigNR-List*, and *i* is indicated by *quantityConfigIndex* in *MeasObjectNR*; for other measurements, $a = 1/2^{(k/4)}$, where *k* is the *filterCoefficient* for the corresponding measurement quantity received by the *quantityConfig*; for UTRA-FDD, $a = 1/2^{(k/4)}$, where k is the filterCoefficient for the corresponding measurement quantity received by *quantityConfigUTRA-FDD* in the *QuantityConfig*;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

Electrical down tilt and mechanical tilt are two techniques used to modify the angle of an antenna in order to control its radio frequency pattern. Electrical down tilt employs electronic controls to adjust the beam, while mechanical tilt requires physically adjusting the mounting angle of the antenna.

https://www.sannytelecom.com/electrical-down-tilt-antenna-vs-mechanical-tilt-antenna/#elementor-toc__heading-anchor-3

## What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

## Electrical Tilt:

Electrical tilt is the process of adjusting the phase of the signal that is fed to the antenna. This can be done by using a phase shifter. Electrical tilt is typically used to improve the gain of an antenna in a specific direction. For example, if an antenna is used to provide coverage to a cell phone tower, the antenna can be electrically tilted to improve the gain in the direction of the tower.

- Electrical tilt, also known as electronic tilt, is an adjustable parameter that controls the radiation pattern of an antenna.
- It is achieved by modifying the phase and amplitude of the signals sent to different antenna elements within an array.
- Electrical tilt allows for beamforming, which shapes and directs the radio frequency (RF) energy in specific directions.
- By adjusting the electrical tilt, the coverage area of the antenna can be modified without physically moving the antenna itself.
- Electrical tilt is typically adjusted remotely by network operators through the base station or antenna control system.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

## How to Use Antenna Tilt:

1. **Coverage Optimization:** Antenna tilt is used to optimize signal coverage in cellular networks. By adjusting the tilt, network operators can shape the radiation pattern of the antenna to focus the signal where it is needed the most, such as densely populated areas or specific coverage gaps.
2. **Interference Mitigation:** Antenna tilt is also used to mitigate interference between neighboring cells. By adjusting the tilt, operators can minimize the overlap of signals and reduce interference, improving network performance and overall quality of service.
3. **Sectorization:** In a cellular network, multiple sectors are often created to divide the coverage area. Each sector has its own antenna with adjustable tilt. By adjusting the tilt of each sector's antenna, operators can control the coverage area of each sector and ensure efficient frequency reuse.
4. **Network Capacity:** Antenna tilt can be used to manage network capacity. By adjusting the tilt, operators can shape the coverage area and direct the signal toward areas with high user demand, maximizing the capacity and throughput of the network.
5. **Beamforming:** Electrical tilt, in particular, enables beamforming, which is the process of creating and directing focused beams of RF energy. Beamforming allows for more precise control of signal direction and improves signal strength and quality for specific areas or users.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

| beamAzimuth | The azimuth of a beam transmission, which means the horizontal beamforming pointing angle (beam peak direction) in the (Phi) $\varphi$-axis in 1/10th degree resolution. See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Zero degree implies explicit antenna bearing (boresight). Positive angle implies clockwise from the antenna bearing.<br><br>allowedValues: [-1800 ..1800] 0.1 degree |
|---|---|

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf



|  | beamTilt | The tilt of a beam transmission, which means the vertical beamforming pointing angle (beam peak direction) in the (Theta) θ-axis in 1/10th degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Positive value implies downtilt.<br><br>allowedValues: [-900..900] 0.1 degree |

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

## 5.2    Beamforming

Beamforming is a signal processing technology used to change the direction and the shape of radiation pattern of the array antenna for either signal transmission or signal reception. It is achieved by combining elements in the array in a way where signals at particular angles experience constructive interference and while others experience destructive interference.

Beamforming technology is used in the new PtMP structure introduced in clause 7 to automatically make alignment with hub site and leaf site. Figure 7 shows the internal diagram of beamforming. Multiple RF channel signals are transmitted at the same time and are combined in the air. The amplifier and phase shifter of each RF channel could be adjusted, in order to change the shape and phase of the beam, and then change the pointing direction of the beam combination.



**Figure 7: Internal diagram of beamforming**

Figure 8 shows the operation interface and illustration of beamforming. If the four array antennas are kept with the same phase in the left figure, the combination beam just goes straight. If the phase of four array antennas are changed in the right figure, the combination beam will change its direction accordingly.



**Figure 8: Operation interface and illustration of beamforming**

https://www.etsi.org/deliver/etsi_tr/103700_103799/103712/01.01.01_60/tr_103712v010101p.pdf

| | |
|---|---|
| one or more millimeter wave transceivers coupled to the one or more antennas; | The system utilized by the accused product comprises one or more millimeter wave transceivers (e.g., 5G mm wave transceiver of gNB) coupled to the one or more antennas (e.g., antennas of gNB). |
| | As shown below, the accused product is a 5G-enabled solution. The solution is deployed with a 5G base station equipped with mm wave transceiver that is coupled to one or more gNB antennas. |
| | |
| | https://movandi.com/smart-repeaters/ |

Movandi powered smart repeaters and technology solve the difficult 5G engineering and economic challenges by speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating large-scale 5G commercialization by significantly reducing capital investment and operating expenses. Read: Repeaters Cut mmWave Costs in Half White Paper.

These new next-gen flexible smart repeaters powered by Movandi's innovative core 5G technology from chipsets to phased array antennas and cloud beamforming software solves 5G mmWave deployment challenges with the industry's best performance and economics and supports mmWave frequencies owned by Verizon, AT&T and other global operators.

https://movandi.com/smart-repeaters/

Movandi's BeamXR smart repeaters are designed to accelerate 5G mmWave network deployment by improving performance and economics for global 5G operators. Smart repeaters powered by BeamXR technology address a wide range of network use cases including urban 5G densification, fixed-wireless access (FWA), wireless backhaul, signal re-direction, mesh networking to circumvent signal blockers, and management of peak loads and variable traffic.

Cost-effective, scalable, small, lightweight and easy to install, BeamXR smart repeaters provide an efficient way to extend the range and coverage of gNodeBs and small cells across 5G networks. Unlike base stations or small cells, the smart repeaters can be installed easily on streetlights, lampposts, walls and windows.

https://movandi.com/smart-repeaters/

Indoor smart repeater deployments require low-cost access points and economical installation for high-density coverage and multiband capabilities. Today's 5G small cell deployments are cost prohibitive for high-density applications and typically have "blind spots." Cost-effective, dual-band mmWave smart repeaters with integrated phased-array antennas powered by Movandi's BeamXR dual-band chipsets address these challenges for private networks and indoor applications including office buildings, schools, campuses, convention centers and sports arenas.

Movandi's BeamXR chipsets enable unmatched application and deployment flexibility with compact size, standard electrical requirements, flexible beam forming including hemispherical beams for optimal room coverage, and mesh capabilities to bend signals around obstacles and extend range and coverage.

A compact, single-box smart repeater based on BeamXR technology allows easy, economical installation and daisy chaining of up to five units using RF signals to enhance coverage flexibility and reduce deployment costs. The smart repeaters enable mmWave signals to be brought indoors from a gNodeB or small cell and then spread to enhance coverage indoors. The repeaters support dense indoor mesh networks, enabling traffic to be dynamically routed based on signal quality, bandwidth, latency and network congestion.

https://movandi.com/smart-repeaters/

Mobile coverage in automobiles, trains and other modes of transportation can be problematic as signal strength and obstruction challenges vary when vehicles are in motion. BeamXR mobile smart repeaters deployed in vehicles can automatically select the best SNR sources with cloud intelligence, dynamically routing cellular traffic to the strongest gNodeB or small cell. In-vehicle repeaters also offload power-intensive activities from mobile devices, significantly reducing smartphone power consumption.

Movandi has tailored its mobile mmWave repeaters as a complete solution and co-designed the RF chipset, DSP functions, beamforming and algorithms. Movandi partnered with Airfide Networks to create the handoff algorithm that enables effective rapid signal transfers, ensuring seamless 5G coverage while vehicles are in motion.

https://movandi.com/smart-repeaters/



https://movandi.com/technology/

COMPLETE MMWAVE FRONT-END SOLUTION

# MOVANDI RF INNOVATION DRIVES PERFORMANCE, ECONOMICS, AND FIXED WIRELESS ACCESS

Movandi is a pioneer, innovator and leader in millimeter wave semiconductor, system, smart repeater and software technologies with over 130 patents issued. Movandi provides a complete RF front end including PLL, up/down converting and beamforming optimized for mmWave applications.

**Key Features**

– Proven in field tests with major global service providers
– High performance, compact, low cost and energy efficient semiconductor components
– BeamXR intelligent repeater system reference designs and PAAM with adaptive beamforming
– Proprietary algorithms and BeamX Software Defined Beam Networking with cloud control with AI and ML

**Supports all 3GPP mmWave spectrum bands**
– 24/26 GHz, n258: 24.25-27.5 GHz
– 28 GHz, n257: 26.5 to 29.5 GHz
– 28 GHz, n261: 27.5 to 28.3 GHz
– 39 GHz, n260: 37 to 40GHz

https://movandi.com/products/

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

| | |
|---|---|
| | 5G new radio (5G NR) adds mmWave frequencies to cellular devices and networks. With that comes RF-to-baseband signal chains and components not needed at sub-6 GHz frequencies. While mmWave frequencies technically span 30 GHz to 300 GHz, for 5G purposes mmWave covers 24 GHz to 90 GHz, though typically topping out at around 53 GHz. Originally conceived to bring higher data rates to smartphones in cities, mmWave applications have shifted to high-density use cases such as stadiums. It's also finding use in fixed-wireless access (FWA) internet services and private networks.<br><br>https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/<br><br>**The transceiver**<br>Figure 2 shows an example of an RF transceiver that uses an IF stage between the baseband and a mmWave wave band of 24.25-29.5 GHz. This architecture uses 3.5 GHz as the fixed IF.<br><br>https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/<br><br>The RF front end (RFFE) is typically defined as everything between the antenna and the digital baseband system. The RFFE is typically known as the analog-to-digital or RF-to-baseband portion of a receiver or transmitter. **Figure 1** shows an architecture known as direct conversion (zero IF) where the data converters operate directly on the RF signal.<br><br>https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/ |
| a processor to control the one or more transceivers and one or more antennas in communication with the | The system utilized by the accused product comprises a processor (e.g., processor utilized by the accused product) to control the one or more transceivers (e.g., 5G cellular transceiver of gNB) and one or more antennas (e.g., antennas of gNB) in communication with the predetermined target (e.g., connected UE) using 5G protocols upon determining a location direction (e.g., signal direction) of the predetermined target (e.g., connected UE). |

| | |
|---|---|
| predetermined target using 5G protocols upon determining a location direction of the predetermined target; and | As shown below, the accused product is a 5G-enabled solution deployed with a 5G base station. The base station is equipped with mm wave transceiver coupled to gNB antennas configured to communicate with a connected user equipment (UE). The antennas are electrically tilted to adjust beam direction toward the UE. This electrical tilting enables beamforming, which creates and steers focused beams of RF energy. Beamforming allows precise control of signal direction, thereby enhancing signal strength and signal quality for the UE. A processor of the accused product controls the transceiver and the antennas to communicate with the connected UE in accordance with 5G protocols.<br><br>MOVANDI-POWERED SMART REPEATERS SOLVE 5G DEPLOYMENTS<br><br>By speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating 5G commercialization by significantly reducing capital investment and operating expenses.<br><br>https://movandi.com/smart-repeaters/ |

| | |
|---|---|
| | Movandi powered smart repeaters and technology solve the difficult 5G engineering and economic challenges by speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating large-scale 5G commercialization by significantly reducing capital investment and operating expenses. Read: Repeaters Cut mmWave Costs in Half White Paper.<br><br>These new next-gen flexible smart repeaters powered by Movandi's innovative core 5G technology from chipsets to phased array antennas and cloud beamforming software solves 5G mmWave deployment challenges with the industry's best performance and economics and supports mmWave frequencies owned by Verizon, AT&T and other global operators.<br><br>Movandi's smart repeater reference design platform is built on original patents and custom mmWave chipsets, MIMO antennas, smart repeater modules, and software-defined beam networking that also consist of mesh networks with cloud control and artificial intelligence (AI).<br><br>To offer expanded 5G coverage at a lower cost and higher ROI, with full capacity and low latency, faster deployment of low-power solutions with easier resource management, contact the Movandi team to discuss available options.<br><br>https://movandi.com/smart-repeaters/<br><br>Movandi's BeamXR smart repeaters are designed to accelerate 5G mmWave network deployment by improving performance and economics for global 5G operators. Smart repeaters powered by BeamXR technology address a wide range of network use cases including urban 5G densification, fixed-wireless access (FWA), wireless backhaul, signal re-direction, mesh networking to circumvent signal blockers, and management of peak loads and variable traffic.<br><br>Cost-effective, scalable, small, lightweight and easy to install, BeamXR smart repeaters provide an efficient way to extend the range and coverage of gNodeBs and small cells across 5G networks. Unlike base stations or small cells, the smart repeaters can be installed easily on streetlights, lampposts, walls and windows.<br><br>https://movandi.com/smart-repeaters/ |

Indoor smart repeater deployments require low-cost access points and economical installation for high-density coverage and multiband capabilities. Today's 5G small cell deployments are cost prohibitive for high-density applications and typically have "blind spots." Cost-effective, dual-band mmWave smart repeaters with integrated phased-array antennas powered by Movandi's BeamXR dual-band chipsets address these challenges for private networks and indoor applications including office buildings, schools, campuses, convention centers and sports arenas.

Movandi's BeamXR chipsets enable unmatched application and deployment flexibility with compact size, standard electrical requirements, flexible beam forming including hemispherical beams for optimal room coverage, and mesh capabilities to bend signals around obstacles and extend range and coverage.

A compact, single-box smart repeater based on BeamXR technology allows easy, economical installation and daisy chaining of up to five units using RF signals to enhance coverage flexibility and reduce deployment costs. The smart repeaters enable mmWave signals to be brought indoors from a gNodeB or small cell and then spread to enhance coverage indoors. The repeaters support dense indoor mesh networks, enabling traffic to be dynamically routed based on signal quality, bandwidth, latency and network congestion.

https://movandi.com/smart-repeaters/

Mobile coverage in automobiles, trains and other modes of transportation can be problematic as signal strength and obstruction challenges vary when vehicles are in motion. BeamXR mobile smart repeaters deployed in vehicles can automatically select the best SNR sources with cloud intelligence, dynamically routing cellular traffic to the strongest gNodeB or small cell. In-vehicle repeaters also offload power-intensive activities from mobile devices, significantly reducing smartphone power consumption.

Movandi has tailored its mobile mmWave repeaters as a complete solution and co-designed the RF chipset, DSP functions, beamforming and algorithms. Movandi partnered with Airfide Networks to create the handoff algorithm that enables effective rapid signal transfers, ensuring seamless 5G coverage while vehicles are in motion.

https://movandi.com/smart-repeaters/



**RF Chips**

Complete RF front end from antenna to processor interface

Multi beam/polarization for capacity expansion

Internally developed bulk CMOS RFIC's cost effectively scales to meet market demand

**Integrated Antenna Modules**

Simultaneous multi beam/polarization support

Fast beam switching

Modular architecture optimized for applications

Complete family supporting all 5G mmWave bands

**Algorithms and Systems**

Complete systems

Self-interference cancellation

Open source interface to be connected to ORAN or any networking system

Coverage Enhancement

**Complete Reference Platforms**

User equipment: fixed-wireless CPE, mobile hotspots, mobile handsets, and complete solutions for technology and baseband partners

Smart repeaters powered by Movandi BeamXR technology, indoor/outdoor solutions, seamless integration with gNB and operator networks

Infrastructure solutions: Open-RAN RUs, integrated small cells, licensed reference designs

https://movandi.com/technology/

**COMPLETE MMWAVE FRONT-END SOLUTION**

# MOVANDI RF INNOVATION DRIVES PERFORMANCE, ECONOMICS, AND FIXED WIRELESS ACCESS

Movandi is a pioneer, innovator and leader in millimeter wave semiconductor, system, smart repeater and software technologies with over 130 patents issued. Movandi provides a complete RF front end including PLL, up/down converting and beamforming optimized for mmWave applications.

https://movandi.com/products/

### Key Features

– Proven in field tests with major global service providers
– High performance, compact, low cost and energy efficient semiconductor components
– BeamXR intelligent repeater system reference designs and PAAM with adaptive beamforming
– Proprietary algorithms and BeamX Software Defined Beam Networking with cloud control with AI and ML

### Supports all 3GPP mmWave spectrum bands

– 24/26 GHz, n258: 24.25-27.5 GHz
– 28 GHz, n257: 26.5 to 29.5 GHz
– 28 GHz, n261: 27.5 to 28.3 GHz
– 39 GHz, n260: 37 to 40GHz

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
  - The UE stores the AS context;
  - Transfer of unicast data to/from UE;
  - At lower layers, the UE may be configured with a UE specific DRX;
  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - Network controlled mobility within NR and to/from E-UTRA;
  - The UE:
    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
    - Provides channel quality and feedback information;
    - Performs neighbouring cell measurements and measurement reporting;
    - Acquires system information;
    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

### 4.3.39    CommonBeamformingFunction

#### 4.3.39.1    Definition

This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier.

The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point.

This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations.

The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams.  There may be more than one beam per CommonBeamformingFunction  for the  NRSectorCarrier.

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots.

For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots.

Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario.

https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

5G new radio (5G NR) adds mmWave frequencies to cellular devices and networks. With that comes RF-to-baseband signal chains and components not needed at sub-6 GHz frequencies. While mmWave frequencies technically span 30 GHz to 300 GHz, for 5G purposes mmWave covers 24 GHz to 90 GHz, though typically topping out at around 53 GHz. Originally conceived to bring higher data rates to smartphones in cities, mmWave applications have shifted to high-density use cases such as stadiums. It's also finding use in fixed-wireless access (FWA) internet services and private networks.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

**The transceiver**

Figure 2 shows an example of an RF transceiver that uses an IF stage between the baseband and a mmWave wave band of 24.25-29.5 GHz. This architecture uses 3.5 GHz as the fixed IF.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

The RF front end (RFFE) is typically defined as everything between the antenna and the digital baseband system. The RFFE is typically known as the analog-to-digital or RF-to-baseband portion of a receiver or transmitter. **Figure 1** shows an architecture known as direct conversion (zero IF) where the data converters operate directly on the RF signal.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

**beam:** main lobe of a radiation pattern from an AAS BS

NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of  the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

### 5.3.3    RRC connection establishment

5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

Electrical down tilt and mechanical tilt are two techniques used to modify the angle of an antenna in order to control its radio frequency pattern. Electrical down tilt employs electronic controls to adjust the beam, while mechanical tilt requires physically adjusting the mounting angle of the antenna.

https://www.sannytelecom.com/electrical-down-tilt-antenna-vs-mechanical-tilt-antenna/#elementor-toc__heading-anchor-3

## What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

## Electrical Tilt:

Electrical tilt is the process of adjusting the phase of the signal that is fed to the antenna. This can be done by using a phase shifter. Electrical tilt is typically used to improve the gain of an antenna in a specific direction. For example, if an antenna is used to provide coverage to a cell phone tower, the antenna can be electrically tilted to improve the gain in the direction of the tower.

- Electrical tilt, also known as electronic tilt, is an adjustable parameter that controls the radiation pattern of an antenna.
- It is achieved by modifying the phase and amplitude of the signals sent to different antenna elements within an array.
- Electrical tilt allows for beamforming, which shapes and directs the radio frequency (RF) energy in specific directions.
- By adjusting the electrical tilt, the coverage area of the antenna can be modified without physically moving the antenna itself.
- Electrical tilt is typically adjusted remotely by network operators through the base station or antenna control system.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

## How to Use Antenna Tilt:

1. **Coverage Optimization:** Antenna tilt is used to optimize signal coverage in cellular networks. By adjusting the tilt, network operators can shape the radiation pattern of the antenna to focus the signal where it is needed the most, such as densely populated areas or specific coverage gaps.
2. **Interference Mitigation:** Antenna tilt is also used to mitigate interference between neighboring cells. By adjusting the tilt, operators can minimize the overlap of signals and reduce interference, improving network performance and overall quality of service.
3. **Sectorization:** In a cellular network, multiple sectors are often created to divide the coverage area. Each sector has its own antenna with adjustable tilt. By adjusting the tilt of each sector's antenna, operators can control the coverage area of each sector and ensure efficient frequency reuse.
4. **Network Capacity:** Antenna tilt can be used to manage network capacity. By adjusting the tilt, operators can shape the coverage area and direct the signal toward areas with high user demand, maximizing the capacity and throughput of the network.
5. **Beamforming:** Electrical tilt, in particular, enables beamforming, which is the process of creating and directing focused beams of RF energy. Beamforming allows for more precise control of signal direction and improves signal strength and quality for specific areas or users.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

| beamAzimuth | The azimuth of a beam transmission, which means the horizontal beamforming pointing angle (beam peak direction) in the (Phi) φ-axis in 1/10th degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Zero degree implies explicit antenna bearing (boresight). Positive angle implies clockwise from the antenna bearing.<br><br>allowedValues: [-1800 ..1800] 0.1 degree |
| --- | --- |

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf



| beamTilt | The tilt of a beam transmission, which means the vertical beamforming pointing angle (beam peak direction) in the (Theta) θ-axis in 1/10th degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Positive value implies downtilt. allowedValues: [-900..900] 0.1 degree |

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

## 5.2    Beamforming

Beamforming is a signal processing technology used to change the direction and the shape of radiation pattern of the array antenna for either signal transmission or signal reception. It is achieved by combining elements in the array in a way where signals at particular angles experience constructive interference and while others experience destructive interference.

Beamforming technology is used in the new PtMP structure introduced in clause 7 to automatically make alignment with hub site and leaf site. Figure 7 shows the internal diagram of beamforming. Multiple RF channel signals are transmitted at the same time and are combined in the air. The amplifier and phase shifter of each RF channel could be adjusted, in order to change the shape and phase of the beam, and then change the pointing direction of the beam combination.



**Figure 7: Internal diagram of beamforming**

Figure 8 shows the operation interface and illustration of beamforming. If the four array antennas are kept with the same phase in the left figure, the combination beam just goes straight. If the phase of four array antennas are changed in the right figure, the combination beam will change its direction accordingly.



**Figure 8: Operation interface and illustration of beamforming**

https://www.etsi.org/deliver/etsi_tr/103700_103799/103712/01.01.01_60/tr_103712v010101p.pdf

|  |  |
|---|---|
|  | The 5G protocol stack is the architecture of protocols within a 5G network that perform specific functions like managing data transmission, error correction, and resource allocation. It exists as two separate elements: the control plane (CP) and the user plane (UP).<br><br>It's more complex than the 4G protocol stack due to the numerous advanced features and technologies added in 5G. Some factors that contribute to the complexity of the 5G protocol stack include (**Figure 1**):<br><br>• Multiple numerology refers to multiple configurations of subcarrier spacing and other parameters in 5G networks. In LTE, 15 kHz is the only subcarrier spacing (numerology). Multiple numerologies allow 5G to meet the needs of a variety of use cases, such as enhanced mobile broadband (eMBB), ultra-reliable low latency communication (URLLC), and massive machine-type communication (mMTC).<br>• Utilizing millimeter wave frequencies in 5G necessitates more complex signal processing techniques at the physical layer than 4G.<br><br>https://www.5gtechnologyworld.com/what-is-the-5g-protocol-stack/ |
| an edge learning machine that uses pre-trained models and modifies the pre-trained models for a selected task. | The system utilized by the accused product comprises an edge learning machine (e.g., a machine learning machine, etc.) that uses pre-trained models (e.g., pre-trained ML models, etc.) and modifies the pre-trained models (e.g., pre-trained ML models, etc.) for a selected task (e.g., tasks, applications, etc.).<br><br>As shown below, the accused product provides edge computing for 5G enabled devices. Also, it is enabled with machine learning capabilities that uses pre-trained ML models and adapts or modifies those models for various tasks, applications, etc. |

# MOVANDI-POWERED SMART REPEATERS SOLVE 5G DEPLOYMENTS

By speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating 5G commercialization by significantly reducing capital investment and operating expenses.

https://movandi.com/smart-repeaters/

Movandi powered smart repeaters and technology solve the difficult 5G engineering and economic challenges by speeding up 5G mmWave deployment, extending range, enhancing coverage, penetrating physical barriers in indoor, outdoor and mobile environments, and accelerating large-scale 5G commercialization by significantly reducing capital investment and operating expenses. Read: Repeaters Cut mmWave Costs in Half White Paper.

These new next-gen flexible smart repeaters powered by Movandi's innovative core 5G technology from chipsets to phased array antennas and cloud beamforming software solves 5G mmWave deployment challenges with the industry's best performance and economics and supports mmWave frequencies owned by Verizon, AT&T and other global operators.

Movandi's smart repeater reference design platform is built on original patents and custom mmWave chipsets, MIMO antennas, smart repeater modules, and software-defined beam networking that also consist of mesh networks with cloud control and artificial intelligence (AI).

To offer expanded 5G coverage at a lower cost and higher ROI, with full capacity and low latency, faster deployment of low-power solutions with easier resource management, contact the Movandi team to discuss available options.

https://movandi.com/smart-repeaters/

Movandi's BeamXR smart repeaters are designed to accelerate 5G mmWave network deployment by improving performance and economics for global 5G operators. Smart repeaters powered by BeamXR technology address a wide range of network use cases including urban 5G densification, fixed-wireless access (FWA), wireless backhaul, signal re-direction, mesh networking to circumvent signal blockers, and management of peak loads and variable traffic.

Cost-effective, scalable, small, lightweight and easy to install, BeamXR smart repeaters provide an efficient way to extend the range and coverage of gNodeBs and small cells across 5G networks. Unlike base stations or small cells, the smart repeaters can be installed easily on streetlights, lampposts, walls and windows.

https://movandi.com/smart-repeaters/

Indoor smart repeater deployments require low-cost access points and economical installation for high-density coverage and multiband capabilities. Today's 5G small cell deployments are cost prohibitive for high-density applications and typically have "blind spots." Cost-effective, dual-band mmWave smart repeaters with integrated phased-array antennas powered by Movandi's BeamXR dual-band chipsets address these challenges for private networks and indoor applications including office buildings, schools, campuses, convention centers and sports arenas.

Movandi's BeamXR chipsets enable unmatched application and deployment flexibility with compact size, standard electrical requirements, flexible beam forming including hemispherical beams for optimal room coverage, and mesh capabilities to bend signals around obstacles and extend range and coverage.

A compact, single-box smart repeater based on BeamXR technology allows easy, economical installation and daisy chaining of up to five units using RF signals to enhance coverage flexibility and reduce deployment costs. The smart repeaters enable mmWave signals to be brought indoors from a gNodeB or small cell and then spread to enhance coverage indoors. The repeaters support dense indoor mesh networks, enabling traffic to be dynamically routed based on signal quality, bandwidth, latency and network congestion.

https://movandi.com/smart-repeaters/

Mobile coverage in automobiles, trains and other modes of transportation can be problematic as signal strength and obstruction challenges vary when vehicles are in motion. BeamXR mobile smart repeaters deployed in vehicles can automatically select the best SNR sources with cloud intelligence, dynamically routing cellular traffic to the strongest gNodeB or small cell. In-vehicle repeaters also offload power-intensive activities from mobile devices, significantly reducing smartphone power consumption.

Movandi has tailored its mobile mmWave repeaters as a complete solution and co-designed the RF chipset, DSP functions, beamforming and algorithms. Movandi partnered with Airfide Networks to create the handoff algorithm that enables effective rapid signal transfers, ensuring seamless 5G coverage while vehicles are in motion.

https://movandi.com/smart-repeaters/



**RF Chips**

Complete RF front end from antenna to processor interface

Multi beam/polarization for capacity expansion

Internally developed bulk CMOS RFIC's cost effectively scales to meet market demand

**Integrated Antenna Modules**

Simultaneous multi beam/polarization support

Fast beam switching

Modular architecture optimized for applications

Complete family supporting all 5G mmWave bands

**Algorithms and Systems**

Complete systems

Self-interference cancellation

Open source interface to be connected to ORAN or any networking system

Coverage Enhancement

**Complete Reference Platforms**

User equipment: fixed-wireless CPE, mobile hotspots, mobile handsets, and complete solutions for technology and baseband partners

Smart repeaters powered by Movandi BeamXR technology, indoor/outdoor solutions, seamless integration with gNB and operator networks

Infrastructure solutions: Open-RAN RUs, integrated small cells, licensed reference designs

https://movandi.com/technology/

COMPLETE MMWAVE FRONT-END SOLUTION

# MOVANDI RF INNOVATION DRIVES PERFORMANCE, ECONOMICS, AND FIXED WIRELESS ACCESS

Movandi is a pioneer, innovator and leader in millimeter wave semiconductor, system, smart repeater and software technologies with over 130 patents issued. Movandi provides a complete RF front end including PLL, up/down converting and beamforming optimized for mmWave applications.

**Key Features**

– Proven in field tests with major global service providers
– High performance, compact, low cost and energy efficient semiconductor components
– BeamXR intelligent repeater system reference designs and PAAM with adaptive beamforming
– Proprietary algorithms and BeamX Software Defined Beam Networking with cloud control with AI and ML

**Supports all 3GPP mmWave spectrum bands**
– 24/26 GHz, n258: 24.25-27.5 GHz
– 28 GHz, n257: 26.5 to 29.5 GHz
– 28 GHz, n261: 27.5 to 28.3 GHz
– 39 GHz, n260: 37 to 40GHz

https://movandi.com/products/

## CLOUD/EDGE COMPUTING MAKES IT WORK

The repeater solution that we tested includes Movandi's BeamX cloud software, where machine learning and AI are used to determine the best data path. In this test, LTE was used to transmit GPS, speed, and RF data to the BeamX cloud application in real time. The cloud software dynamically assesses the data, determines the best signal path and which repeater array should be used. The cloud app instructs the repeaters to steer their beams in anticipation of the vehicle movement.

https://static1.squarespace.com/static/6046752363b8dc19e19ef723/t/616f18f787a60625ed1a7983/1634670840094/WP_mmwave_field_test.pdf

A pre-trained model is essentially a ready-made machine learning model that has been previously trained on a substantial dataset. These models are designed to be reused across different tasks and applications, often serving as a starting point for customization and further training specific to a new task.

https://www.tensorway.com/glossary/pre-trained-model